# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

MICHAEL NATHANIAL LEWIS
        Debtor

Chapter 13
Case No. 20-10562-KHK

## ORDER

THIS MATTER came before the Court in connection with hearing on Trustee's Motion to Dismiss (Dkt. #62) on June 2, 2022; and,

It appearing that Trustee, Debtor and Debtor's Counsel agree to a continuance of all matters, it is hereby:

**ORDERED, that**

1. Trustee's Motion to Dismiss (Dkt. #62) is continued to July 28, 2022 at 1:30 PM;

2. **By close of business on July 26, 2022** the Tuesday before the continued hearing date, **Debtor is to have paid the sum of $1,350.00 (in addition to the $11,308.00 that have been paid through June 1, 2022), in certified funds to be received by the Trustee by said date**;

3. Upon Trustee's representation that Debtor has not complied with the terms and deadline(s) in this Order this case shall be dismissed.

Dated:   Jun 6 2022
_____

/s/ Brian F Kenney
_____
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: June 6, 2022

**Order**
Michael Nathaniel Lewis
Case No. 20-10562-KHK


Prepared by:


/s/Thomas P. Gorman
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street
Alexandria, VA  22314

SEEN and AGREED:


/s/ Suad Bektic

Suad Bektic
New Day Legal
20 B John Marshall St.
Warrenton, VA 20186
Counsel for Debtor


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman

**Order**
Michael Nathaniel Lewis
Case No. 20-10562-KHK

**PARTIES TO RECEIVE COPIES**

Michael Nathaniel Lewis
Chapter 13 Debtor
601 Marieo Way, Apt. 201
Culpeper, VA 22701

Suad Bektic
Attorney for Debtor
New Day Legal
20 B John Marshall St.
Warrenton, VA 20186

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314